IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,

       vs.

LUCAS FRANKLIN,

              Defendant.

                :

                :     Case No.  3:04cr188 (2)

                :

                :     JUDGE WALTER H. RICE

                :

DECISION AND ENTRY FINDING PROBABLE CAUSE TO BELIEVE THAT
DEFENDANT HAS VIOLATED HIS SUPERVISED RELEASE AS SET
FORTH IN A PETITION FILED SEPTEMBER 22, 2015 (DOC. #47)

Pursuant to the record made in open Court on October 22, 2015, during a hearing held

pursuant to Fed. R. Crim. P. 32.1(b)(1), this Court finds probable cause to believe that the

violation set forth against the Defendant in a Petition filed September 22, 2015 (Doc. #47), did,

in fact, occur.

October 22, 2015
*nunc pro tunc*

                         WALTER H. RICE
                UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record